JS-6

MICHAEL L. TRACY, ESQ., SBN 237779
mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff RHONDA JEAN MANNING

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA JEAN MANNING, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COMERFORD INC. dba FAIRWAY MANAGEMENT, a California corporation; RYAN COMERFORD, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV09-07786-GAF-RCx<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Complaint filed:  October 26, 2009<br>Trial Date:  None |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED:  April 27, 2010

By: _____
UNITED STATES DISTRICT JUDGE

-1-
ORDER OF DISMISSAL